

NUMBER 13-13-00294-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**MICHAEL MCCANN,**                                               **Appellant,**

**v.**

**KANDI TORRES,**                                                **Appellee.**

### On appeal from the 36th District Court
### of Bee County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on August 30, 2013. On September 13, 2013, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM

Delivered and filed the
31st day of October, 2013.